AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

FILED
OCT 9 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| United States of America<br>v.<br><br>JAYMZ JOE VANN<br>*Defendant(s)* | )<br>) Case No. 20-MJ-350-JFJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 24, 2019__ in the county of __Tulsa__ in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) and 924(a)(2) | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:
See Attached Affidavit by SA Stephen J. Brenneman.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Stephen J. Brenneman
*Printed name and title*

Sworn to before me and signed via telephone.

Date: 10-9-20

_____
*Judge's signature*

City and state: Tulsa, OK

Magistrate Judge Jodi F. Jayne
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT
## IN THE NORTHERN DISTRICT OF OKLAHOMA

I, Stephen J. Brenneman, being duly sworn under oath, do hereby depose and state:

1. Your Affiant is a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant and make arrests.

2. Your Affiant, Stephen J. Brenneman, is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and is authorized to conduct investigations into violations of Federal law, including of federal gun and ammunition offenses. Your Affiant has been employed by ATF since 2008.

3. The facts in this affidavit come from Your Affiant's personal observations, training and experience, and information obtained from other agents, witnesses, and police reports. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on Your Affiant's training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) – Felon in Possession of a Firearm and Ammunition- have been committed by Jaymz Joe Vann.

### SUMMARY OF THE OFFESNE AND SUBSEQUENT INVESTIGATION

5. On June 24, 2019, the manager of Academy Sports and Outdoors located at 6120 East 41st Street South, Tulsa, OK witnessed a male, later identified as Jaymz Joe Vann, enter a fitting room. Once Vann exited the fitting room, the store manager looked inside and noticed security tags had been removed from boxes of ammunition. Vann was seen leaving the store without paying for any merchandise. The store manager asked an off-duty Tulsa Police Department (TPD) Officer who was working security for the store to make contact with Vann, who had exited to store. As the Officer approached Vann, the Officer noticed a bulge in Vann's pant pocket. Prior to the Officer making contact with Vann, Vann walked to the north side of the parking lot by some trees. Once the Officer made contact with Vann,

the Officer asked Vann to sit down on the curb. Vann told the Officer that he had done nothing wrong, but that he had intended to steal something but decided not to. The Officer ran a records check on Vann and found that he currently had seven (7) outstanding City of Tulsa Warrants. Vann was placed into custody.

6. The store manager noticed by the trees where Vann previously walked a firearm frame, slide, magazine, and cell phone laying on the ground. The Officer walked over to that area and recovered a disassembled Taurus, model 740SLIM, .40 caliber pistol, serial number SKS36211.

7. The Officer conducted a search incident to arrest on Vann and found two (2) rounds of .40 caliber Aguila brand ammunition and four (4) rounds of .40 caliber Sig Sauer brand ammunition from Vann's right front pocket.

8. On October 8, 2020, I reviewed Vann's criminal history via the Oklahoma Department of Corrections and found that he was previously convicted of the following felonies: possession of a controlled substance from two different cases in 2017, possession of a firearm AFCF in 2017, and in 2019, possession of a firearm AFCF.

9. On October 8, 2020, I provided ATF Interstate Nexus Expert Withem the firearm and ammunition description from the police report regarding Vann's arrest on June 24, 2019. Agent Withem informed me that, based on the description in the police report, the Taurus, model 740SLIM, .40 caliber pistol, bearing serial number SKS36211, two (2) rounds of .40 caliber Aguila brand ammunition, and four (4) rounds of .40 caliber Sig Sauer brand ammunition were not manufactured in the State of Oklahoma, and therefore had previously traveled in interstate and/or foreign commerce prior to Kelley possessing it in Oklahoma.

_____
Stephen J. Brenneman, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn before me by phone this 9th day of October, 2020.

_____
Jodi F. Jayne
United States Magistrate Judge

2